1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15

| | |
|---|---|
| JERRY LEWIS THOMAS, | CV F- 07-0741 AWI DLB P |
| Plaintiff, | ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT [DOC 9] |
| v. | |
| WARDEN HEDGPETH, | |
| Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint in this action on May 21, 2007.  On November 19, 2007, plaintiff filed a motion to amend the complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. Pro. 15(a).  The complaint in this case has not yet been served on defendants.

Accordingly, plaintiff's motion to file an amended complaint is GRANTED.  Plaintiff shall file his amended complaint within 30 days of this order.

IT IS SO ORDERED.

Dated:   **November 21, 2007**          _____ /s/ **Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE