IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS THOMAS, | 1:07-cv-00741-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| WARDEN ANTHONY HEDGPETH, | (DOCUMENT #17) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2009, plaintiff filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to Findings and Recommendations.

IT IS SO ORDERED.

Dated:  **January 21, 2009**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE